UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARR SANCHEZ & ASSOCIATES,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID LOPEZ, et al.,<br><br>    Defendants. | Case No.  16-cv-04919-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Marr Sanchez & Associates v. Maria E. Sosa-Lopez, et al.*, 16-cv-03005-MMC.

IT IS SO ORDERED.

Dated: August 30, 2016

                                              *Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge